# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, INC.<br><br>PLAINTIFF(S)<br><br>v.<br><br>FELDMAN AND ASSOCIATES INC.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:22–cv–08417–RGK–JC<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

|  11/18/2022  |  1  |  Complaint  |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**




*Other Error(s):*

Attachment(s): # 1 Civil Cover Sheet Civil Case Cover Sheet, # 2 Declaration Corporate Disclosure Statement, # 3 Certification and Notice of Interested Parties should not have been attached to Docket Entry No. 1. The document(s) should have been filed separately. You are not required to take any action to correct this deficiency unless the Court so directs.


Clerk, U.S. District Court

Dated: November 18, 2022          By: /s/ *Shaunte M Hunter  shaunte_hunter@cacd.uscourts.gov*
                                          Deputy Clerk