# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| ARCH INSURANCE COMPANY, INC. | 2:22–cv–08417–RGK–JC |
| Plaintiff(s), | |
| v. | |
| FELDMAN AND ASSOCIATES INC. | ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |
| Defendant(s). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| __11/17/2022__ | __1__ | __Complaint__ |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

    A notice of interested parties shall be filed no later than 5 days from entry of this Order.

DATED: November 18, 2022          /s/ *R. Gary Klausner*
                                                                       United States District Judge